ADAM REISNER, ESQ. (SBN 204351)
adam@reisnerlaw.com
TESSA KING, ESQ. (SBN 251408)
tessa@reisnerlaw.com
TRAVIS BECK, ESQ. (SBN 334316)
travis@reisnerlaw.com
REISNER & KING LLP
1503 Ventura Blvd, Suite 1260
Sherman Oaks, California 91403
Phone:  (818) 981-0901
Fax:      (818) 981-0902

Attorneys for Plaintiff **EVA VAZQUEZ**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA VAZQUEZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>COSTCO WHOLESALE CORPORATION;<br>EDDIE ROBLES, an individual;<br>ALLAN DOE, an individual;<br>JULIE DOE, an individual;<br>GUS DOE, an individual; and<br>DOES 1 THROUGH 100,<br><br>                    Defendants. | Case No.:  2:21-cv-02563-PSG-JC<br>Hon. Judge Philip S. Gutierrez, Dept. 6A<br><br>[Los Angeles Superior Court Case No. 21STCV03541]<br><br>**DECLARATION OF TRAVIS BECK, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**<br><br>[Filed concurrently with Plaintiff's Motion to Remand]<br><br>Date:          May 10, 2021<br>Time:         8:30 a.m.<br>Dept.:         6A<br>Judge:        Hon. Philip S. Gutierrez |

1

**DECLARATION OF TRAVIS BECK, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**

I, Travis Beck, hereby declare:

1.    I am the associate attorney at the law offices of Reisner and King LLP, counsel of record for Plaintiff, Eva Vazquez, in the above-entitled action.  I am admitted to practice before this Court.  I have personal knowledge of all matters set forth herein.  If called as a witness to testify to these matters, I could and would testify competently to these matters.

2.    Plaintiff filed her remand motion within thirty days of the removal date, as Defendant Costco Wholesale Corporation ("Costco") filed its Notice of Removal on March 24, 2021 and Plaintiff filed the instant motion on March 29, 2021.

3.    On February 10, 2021, I received Defendants Unilateral Notice of Eva Vazquez' Deposition.

4.    On February 24, 2021, I served as Plaintiff's Counsel during Eva Vazquez's Deposition.

5.    During the entirety of the first day Defense Counsel, Travis Anderson spent much of the time asking Ms. Vazquez questions about her twenty year career working at Defendant Costco Wholesale Corporation ("Costco").

6.    I informed Defense Counsel that we would produce Plaintiff as long as necessary on February 24, 2021 and would have to meet about additional days.

7.    The deposition continued the next day, February 25, 2021 and then again on February 26.

8.    Throughout the Deposition Defense Counsel, Travis Anderson spent a substantial amount of time asking irrelevant questions that were outside the scope of the claims asserted by Plaintiff in the present case.

9.    During Plaintiff's deposition I observed Ms. Vazquez testify to facts which support the causes of action alleged in her complaint.

2

**DECLARATION OF TRAVIS BECK, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**

10.     On Friday around 4:30pm Defense Counsel, Travis Anderson informed us that he had reached his "hard-out" time and had to stop the deposition for the day but that it would be kept open.

11.     At no point at the end of the deposition of any of the three days was I, as Plaintiff's Counsel given the opportunity to examine Ms. Vazquez.

12.     Additionally, as of the present date Ms. Vazquez has been denied the right to make changes to her deposition transcript.

13.     On March 23, 2021, I sent a follow-up email to Defense Counsel, Travis Anderson asking for alternative dates for taking depositions, but received no response.

14.     I filed the initial complaint on January 28, 2021 and received proof of service that Costco was served on February 1, 2021.

15.     In the complaint we plead detailed facts regarding Plaintiff's claims, citizenship, and residency.

16.     After the complaint was filed Defendant Costco began to actively litigate the case.

17.     On March 24, 2021 I received notice that Defendant Costco filed a removal to Federal Court, which is beyond the 30days at which the service was given and had been 30days since the incomplete deposition had taken place.

18.     I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.

Executed: March 31, 2021                    By: __/s/ Travis Beck____
                                                Travis Beck
                                                Attorney for Plaintiff,
                                                Eva Vazquez

3

**DECLARATION OF TRAVIS BECK, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a resident of the State of California; I am over the age of 18 years and not a party to the within action; my business address is 15303 Ventura Blvd, Suite 1260, Sherman Oaks, CA 91403.

On **March 31, 2021**, I served true copies of the following document(s) described **DECLARATION OF TRAVIS BECK, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND** on the following interested parties in this action:

Travis J. Anderson, Esq.
Gabriella R. Albright, Esq.
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 100
San Diego, California 92130
tanderson@sheppardmullin.com
galbright@sheppardmullin.com
*Attorneys for Defendants*

  **X**   **BY ELECTRONIC FILING:** I hereby certify that on March 31, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic system to all parties indicated on the electronic filing receipt.

  **X**   **BY MAIL**: I enclosed the document in a sealed envelope/package addressed to the addressees designated and placed it for mailing, following our ordinary business practices. I am readily familiar with the mailing practice of my place of employment in respect to the collection and processing of correspondence and pleadings for mailing.  It is deposited with the United States Postal Service on that same day in the ordinary course of business with postage fully prepaid.

   **X**    **(FEDERAL)  I declare under the penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.**

Executed on **March 31, 2021**, at Sherman Oaks, California.

/s/ Lorina Jasso
_____

Lorina Jasso